# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ALEXANDER OCASIO,

    *Plaintiff,*

vs.

THOMAS STUBBS, *et al.,*

    *Defendants.*

2:11-cv-01131-GMN-CWH

ORDER

Court mail has been returned from the last address given by plaintiff with a notation reflecting that plaintiff is not at the address.  Plaintiff has not filed an updated notice of change of address.  As plaintiff has failed to comply with Local Rule LSR 2-2, which requires that he immediately file with the Court written notification of any change of address,

IT IS ORDERED that all pending motions are DENIED and that this action shall be DISMISSED without prejudice.  The Clerk of  Court shall enter final judgment accordingly.

DATED this 1st day of September, 2011.

_____
Gloria M. Navarro
United States District Judge