# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ALEXANDER OCASIO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  2:11-cv-01131-GMN-CWH |
| | ) | |
| vs. | ) | **AMENDED ORDER SETTING INMATE** |
| | ) | **EARLY MEDIATION CONFERENCE** |
| THOMAS STUBBS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court is informed that Plaintiff Alexander Ocasio is no longer in state custody. Consequently, the prior Order Setting Inmate Early Mediation Conference (#12) is amended as follows:

1. The Attorney General's Office is **not required** to arrange for Plaintiff to appear via video conference.  Plaintiff **must personally attend** and participate in the mediation conference.

2.  Upon arrival, Plaintiff **shall** check-in with the Court's security personnel.  Plaintiff **must** show some form of government issued picture-identification upon arrival.  Upon check-in, Plaintiff will be escorted to the scheduled mediation conference.

3.  Plaintiff **shall** provide the Court, mediator and all parties to the case with the name/s of any individual/s other than Plaintiff, if any, who will be accompanying Plaintiff to the mediation on or before December 30, 2011.

DATED this 19th day of December, 2011.

_____
C.W HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE